IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

FILED IN OPEN COURT
June 6, 2008
BY: /s/
DEPUTY CLERK
Abg DIVISION, W.D. of

| | |
|---|---|
| BUCHANAN COUNTY, VIRGINIA, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:05CV00066 |
| ) | |
| v. ) | |
| ) | **VERDICT** |
| ) | (Liability) |
| KENNETH MORRIS HALE, ) | |
| EARL LESTER JR. ) | |
| LEET CONSTRUCTION COMPANY ) | |
| GARY MOORE ) | |
| KENNETH JOSEPH STEPHENS ) | |
| K.J. STEPHENS & ASSOCIATES, LLC ) | |
| and VANSANT LUMBER COMPANY, ) | |
| ) | |
| Defendants. ) | |
| ) | |

We, the jury, unanimously find as follows:

### Kenneth Morris Hale

**Claim Three—Conspiracy to Engage in Unlawful Conduct** (answer each "Yes" or "No"):

    Did Kenneth Hale conspire to engage in unlawful acts?  ~~No~~ yes

    If yes, was Buchanan County an active co-participant, as defined in the instructions?  ~~No~~ yes

**Claim Five—State Law Restitution and Breach of Fiduciary Duty** (answer "Yes" or "No"):

    Did Kenneth Hale accept a bribe for services performed within the scope of his official duties?  yes

### Earl Lester Jr.

**Claim One—Civil RICO** (answer each "Yes" or "No")

Was Earl Jester Jr. acting as Leet Construction Company's agent when he rigged bids?  **yes**

Did Earl Lester Jr.'s bid rigging injure Buchanan County's business or property?  **no**

If yes, was Buchanan County an active co-participant, as defined in the instructions?  _____

**Claim Two—Conspiracy to violate RICO** (answer each "Yes" or "No"):

Did Earl Lester conspire to violate RICO?  **yes**

If yes, did the conspiracy injury Buchanan County's business or property?  **no**

If yes to the first question, was he acting as Leet Construction Company's agent when he did so?  **yes**

If yes to the first question, was Buchanan County an active co-participant, as defined in the instructions?  **yes**

**Claim Three—Conspiracy to Engage in Unlawful Conduct** (answer each "Yes" or "No"):

Did Earl Lester Jr. conspire to engage in unlawful acts?  **yes**

If yes, was he acting as Leet Construction Company's agent when he did so?  **yes**

If yes to the first question, was Buchanan County an active co-participant, as defined in the instructions?  **yes**

## Gary Moore

**Claim Three—Conspiracy to Engage in Unlawful Conduct** (answer each "Yes" or "No"):

Did Gary Moore conspire to engage in unlawful acts? *yes*

If yes, was Buchanan County an active co-participant, as defined in the instructions? *no*

### Kenneth Joseph Stephens

**Claim One—Civil RICO** (answer each "Yes" or "No")

>Was Kenneth Joseph Stephens acting as Vansant Lumber Company's agent when he paid bribes? __yes__

>Did Kenneth Joseph Stephens's payment of bribes injure Buchanan County's business or property? __no__

>If yes, was Buchanan County an active co-participant, as defined in the instructions? _____

**Claim Two—Conspiracy to violate RICO** (answer each "Yes" or "No"):

>Did Kenneth Joseph Stephens conspire to violate RICO? __yes__

>If yes, did the conspiracy injury Buchanan County's business or property? __no__

>If yes to the first question, was he acting as Vansant Lumber Company's agent when he did so? __yes__

>If yes to the first question, was Buchanan County an active co-participant, as defined in the instructions? __yes__

**Claim Three—Conspiracy to Engage in Unlawful Conduct** (answer each "Yes" or "No"):

 Did Kenneth Joseph Stephens conspire to engage in unlawful acts?   *yes*

 If yes, was he acting as Vansant Lumber Company's agent when he did so? *yes*

 If yes to the first question, was Buchanan County an active co-participant, as defined in the instructions?  *yes*

              *[signature]*
                Foreperson